IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
NOV 25 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| LAUREN-GREY IGEL, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 2:12cv642 |
| v. ) ) | |
| CAMPUS APARTMENTS, LLC, et al. ) ) | |
| Defendants. ) | |

### ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF FAIR LABOR STANDARDS ACT COLLECTIVE ACTION

UPON CONSIDERATION of the Joint Motion for Preliminary Approval of Settlement of Fair Labor Standards Act Collective Action filed by Lauren-Grey Igel ("Igel"), individually and on behalf of all opt-in plaintiffs intended to be included in the parties' settlement (collectively and including Igel, "Plaintiffs") and the defendants, Campus Apartments, LLC, Campus Apartments Management, LLC, and Campus Apartments, Inc. (collectively, "Defendants"), it is hereby **ORDERED** as follows:

1. Preliminary approval of the settlement reached by the parties, including the gross settlement payment and its allocation among attorneys' fees, litigation expenses, settlement administration costs, a service fee to Igel, and individual awards to Plaintiffs is granted;

2. Plaintiffs are approved as a class for settlement purposes only;

3. The form and manner of the proposed notice to Plaintiffs, attached to the parties' Settlement Agreement as Exhibit B is approved;

4. The parties are authorized to proceed with the notice and objection process as set forth in the parties' Settlement Agreement;

5. The appointment of David, Kamp & Frank, L.L.C. as Class Counsel is reaffirmed; and

6. The Clerk is directed to set a date on which the Court will hold a final approval hearing after notices have gone out and Plaintiffs have been afforded an opportunity submit objections, if any.

IT IS SO ORDERED.

/s/ MSD
Mark S. Davis
United States District Judge

**UNITED STATES DISTRICT COURT JUDGE**

Date: Nov. 25, 2013

2

#209119